UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:06CV425

**CHICAGO TUBE & IRON COMPANY**, a Delaware corporation,

    **Plaintiff,**

v.

**STEVEN STAVROU, KENNETH E. NOWAK, MITCHELL HUNTER and CHANUTE MANUFACTURING COMPANY,**

    **Defendants.**

**ORDER GRANTING MOTION *PRO HAC VICE* OF MARK K. BLONGEWICZ and ANGELYN L. DALE**

Pursuant to Local Rule 83.1(d) and for good cause shown, the Motion in Support of *Pro Hac Vice* Admission of Mark K. Blongewicz and Angelyn L. Dale (Document #9) is hereby **GRANTED.**

The movant is reminded that the $100 fee must be paid to the Clerk of Court as to each of the admittees.

Signed: October 20, 2006

David C. Keesler
United States Magistrate Judge