UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:06CV425

| | |
|---|---|
| **CHICAGO TUBE & IRON COMPANY**, a Delaware corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>**STEVEN STAVROU, KENNETH E. NOWAK, MITCHELL HUNTER and CHANUTE MANUFACTURING COMPANY**,<br><br>　　Defendants. | **ORDER GRANTING MOTION *PRO HAC VICE* OF JAMES S. MONTANA and TIMOTHY J. CARROLL** |

　　Pursuant to Local Rule 83.1(b) and for good cause shown, the Motion for Admission *Pro Hac Vice* of James S. Montana and Timothy J. Carroll (Document #6) is hereby **GRANTED.** The Court notes that, per the motion, Richard L. Rainey of the firm Womble Carlyle has been associated to serve as local counsel in this matter.

　　The movant is reminded that the $100 fee must be paid to the Clerk of Court as to each of the admittees.

　　　　　　　　　　　　　Signed: November 13, 2006

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　David C. Keesler
　　　　　　　　　　　　　United States Magistrate Judge