UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:06CV425

| | |
|---|---|
| CHICAGO TUBE & IRON COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN STAVROU, KENNETH E. NOWAK, MITCHELL HUNTER and CHANUTE MANUFACTURING COMPANY,<br><br>    Defendants. | ORDER ALLOWING ADMISSION<br>*PRO HAC VICE* |

FOR GOOD CAUSE SHOWN it is hereby ORDERED that Laurel A. Dearborn is hereby admitted *pro hac vice* to the United States District Court for the Western District of North Carolina for the purpose of appearing as counsel for Plaintiff Chicago Tube & Iron Company in the above-captioned matter.

Signed: March 6, 2007

David C. Keesler
United States Magistrate Judge